Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

··FILED

# UNITED STATES DISTRICT COURT

for the

2018 OCT 25  PM 3: 46

District of

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA FLORIDA

Division

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.   ~~2015 D.R. 4760~~

_(to be filled in by the Clerk's Office)_

8:18-cv-2629-T-23-CPT

Ralph Glenn Favors lll

_Plaintiff(s)_
_(Write the full name of each plaintiff who is filing this complaint._
_If the names of all the plaintiffs cannot fit in the space above,_
_please write "see attached" in the space and attach an additional_
_page with the full list of names.)_

-v-

Jury Trial:  _(check one)_    ☒ Yes    ☐ No

see attached

_Defendant(s)_
_(Write the full name of each defendant who is being sued. If the_
_names of all the defendants cannot fit in the space above, please_
_write "see attached" in the space and attach an additional page_
_with the full list of names.)_

## COMPLAINT FOR A CIVIL CASE

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Ralph Glenn Favors lll |
| Street Address | 3750 Afton Way |
| City and County | Sarasota  Sarasota County |
| State and Zip Code | Florida 34233 |
| Telephone Number | 9414048490 |
| E-mail Address | |



Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | 42 USC 654(3) |
| Job or Title *(if known)* | Single Separate Corporation |
| Street Address | 1051 Manatee Ave West |
| City and County | Bradenton, Manatee County |
| State and Zip Code | Florida 34205 |
| Telephone Number | 941-749-3600 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Manatee County |
| Job or Title *(if known)* | Corporation |
| Street Address | 1051 Manatee Ave West |
| City and County | Bradenton, Manatee County |
| State and Zip Code | Florida, 34205 |
| Telephone Number | 941-749-3600 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Diana Moreland |
| Job or Title *(if known)* | Manatee Judge |
| Street Address | 1051 Manatee Ave West |
| City and County | Manatee, Manatee, County |
| State and Zip Code | Florida, 34205 |
| Telephone Number | 941-749-3600 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | David Caskey |
| Job or Title *(if known)* | Magistrate in Manatee County |
| Street Address | 1051 Manatee Ave West |
| City and County | Manatee, Manatee County |
| State and Zip Code | Florida, 34205 |
| Telephone Number | 941-749-3600 |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

E-mail Address *(if known)* _____

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

see attachment B

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual

        The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b.  If the plaintiff is a corporation

        The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)*

        _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ . Or is incorporated under the laws of *(foreign nation)* _____ , and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Each defendant listed in this claim was involved in the following Deprivation of the Rights of Ralph Glenn Favors lll from the year of 2015-current.
-Fraudulant Claims that I am the non-custodial parent without establishment of paternity & suspending my florida license preventing me the right to life & liberty
-Slander/Damaged Identity causing loss of employement, named placed on birth cerificate, arrearages sent to credit bureaus
-Loss of Florida Drivers License, causing Loss of Liberty
-Jailed in both Mantee County Jail & Collier County Jail, causing documented stress, sickness, & a cycle of poverty.
-Loss of PassPort creating further loss of life, liberty, & finances

_____

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Each defendant listed in this claim was involved in the following Deprivation of the Rights against Ralph Glenn Favors lll from the year of 2015-current
-fired from career employement since 2015-current (160,000)
-Child support, charge of denied passport fee's ($20,000)
-Incarcerated time in both manatee & collier county jails ($20,000)
pain & suffering due to loss of work from drivers license suspension which is still being withheld.
-Loss of Florida Drivers License, causing Loss of Liberty (20,000)
-Pain and Suffering from documented Mental Breakdown from Stress, sickness, & a cycle of poverty. (30,000)

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          10/25/2018

Signature of Plaintiff

Printed Name of Plaintiff      Ralph Glenn Favors lll

### B.    For Attorneys

Date of signing:          10/25/2018

Signature of Attorney

Printed Name of Attorney

Bar Number

# DEFENDANTS INFORMATION

**Defendant #1**

Domestic Relations Section, Manatee County

1051 Manatee Ave West

Bradenton, Fl  34205

941-749-3600


**Defendant #2**

42 USC 643(3)

Single Separate Corporation

1051 Manatee Ave West

Bradenton, Fl 34205– Manatee County


**Defendant #3**

Diana Moreland

Manatee Judge

1051 Manatee Ave West

Bradenton, Fl 34205– Manatee County


**Defendant #4**

David Caskey

Magistrate in Manatee County

1051 Manatee Ave West

Bradenton, Fl 34205– Manatee County

**Defendant #5**

Charles Sniffen

Magistrate in Manatee County

1051 Manatee Ave West

Bradenton, Fl 34205– Manatee County

941-749-3600

**Defendant #6**

Charles Denton

Magistrate in Manatee County

1051 Manatee Ave West

Bradenton, Fl 34205– Manatee County

941-749-3600

**Defendant #7**

Angelina Colonnesso

Clerk of Circuit Court in Manatee County

1051 Manatee Ave West

Bradenton, Fl 34205– Manatee County

941-749-3600

**Defendant #8**

Rick Wells – Manatee County Sheriffs Office

Sheriff of Manatee County

600 U.S. 301 Blvd West #202

Bradenton, Manatee, County

Florida, 34205

941-747-3011


**Defendant #9**

Lela Idella Behn

Mother of child

2506 5th Street West

Bradenton, fl 34205 – Manatee County

# ATTACHMENT B

a) The **Child Support Legal Outline 1. A.** Authority to determine child support, also supports Rule 12.491, Fla. Fam. L. R. P. R.

2) **28 USC subsection 144:** Personal bias or prejudice

   a) **28 USC subsection 455 (b) (1):** Where he has a personal bias or prejudice concerning a party, or personal knowledge of disputed evidentiary facts concerning the proceeding;

3) **28 USC subsection 455 (4):** ...has a financial interest in the subject matter in controversy...

   a) **42 USC subsection 658 (a) (f):** Incentive payments and Reinvestment

      -) "Incentive base amounts" with respect to each of the following measures of State performance for the fiscal year.

      (A) The paternity establishment performance level

      (B) The support order performance level

      (C) The current payment performance level

      (D) The arrearage payment performance level

      (E) The cost-effectiveness performance level

4) **42 CFR 1007.19 - Federal Financial Participation (FFP):** ...The secretary will reimburse each State by an amount equal to 90 percent of the costs incurred by a certified unit which are attributable to carrying out its functions and responsibilities under this part.

5) **American Bar Association RULE 2.11 – DISQUALIFICATION -** ...a judge shall disqualify himself or herself in any proceeding in which in which the judge's impartiality might reasonably be questioned, including but not limited to the following circumstances: **(therefore declare AUTOMATIC VOID OF THIS SUPPORT "ORDER")**

6) **31 USC subsection 6305:  CONTRACT between The Federal OCSE and The State**

   An **executive agency** shall use a cooperative agreement as the legal instrument reflecting a relationship between the United States Government and a State, a local government, or other recipient when...

7) **K.C. Davis, ADMIN.LAW,Ch1 :** ....Any time **magistrates or judges** are dealing with statues, such as 42 U.S.C. Health and Welfare, said **magistrates or judges become clerks working for prosecutors; "...judges who become involved in enforcement of mere statues (civil or criminal in nature and otherwise), act as mere "clerks" of the involved agency...**
   **(therefor declare AUTOMATIC VOID OF THIS SUPPORT "ORDER")**

8) **30 Cal 596; 167 Cal 762. ;** ....It is **the accepted rule, not only in state courts, but of the federal courts** as well, that when **a judge** is enforcing administrative law they are described as mere 'extensions of the administrative agency...as a ministerial clerk for an agency....**(therefore declare AUTOMATIC VOID OF THIS SUPPORT "ORDER")**

9) **Burns v. Sup., Ct., SF, 140 Cal.1 :** .... **"Ministerial officers** are incompetent to receive grants of judicial power from the legislature, **their acts in attempting to exercise such powers are necessarily nullities"**
   **(therefor declare AUTOMATIC VOID OF THIS SUPPORT "ORDER")**

10) **AISI v US, 568 F2d 284. :...** "A judge ceases to sit as a judicial officer because the governing principals of administrative law provides that courts are prohibited from substituting their evidence...**(Brookfield Const. Co v. Stewart, 284 F. Supp. 94.)**
    **(therefor declare AUTOMATIC VOID OF THIS SUPPORT "ORDER")**

11) **(Schucker v. Rockwood, 846 F.2d 1202)....** "Judge loses his absolute immunity from damage actions only when he acts in clear absence of all jurisdiction or performance of an act which is not judicial in nature." **(child support is not judicial in nature!)** **(therefor declare AUTOMATIC VOID OF THIS SUPPORT "ORDER")**

12) **(Owen v. City, 455 U.S. 662; Bothke v. Terry, 713 F2d 1404)** ... "When enforcing mere statues, judges of all courts do not act judicially" and thus are not protected... **(Scheuer v. Rhodes, 416 U.S. 232, 416 U.S. 248)**

13) **US v Will, 449 US 200, 216,101 S Ct, 471, 66 Led2nd 392, 406 (1980) : ...** "When a judge acts **where he or she *does not have jurisdiction to act*, the judge is engaged in an act or acts of treason."** (whereby **ANY MAGISTRATE & JUDGE IS SUEABLE** under 42 U.S.C. subsection 1983- Civil Action for Deprivation of Rights which waives their sovereign immunity by acting outside of the judicial capacity....)

14) **42 U.S.C. subsection 1983 : ...** "except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity" (any judge enforcing under 42 U.S.C. is not acting in a judicial capacity, its instead called "Ex contractu" which is the result of the agreement proven below!)

15) **According to the STATE CONSTITUTION...The state's defense of sovereign immunity is hereby waived as to any action ex contractu for the breach of any written contract now existing or hereafter entered into by the states or its departments and agencies.**

16) **42 USC subsection 654 (3):** ...provide for the establishment or designation of a single and **separate organizational unit, (Title IV D IS NOT A STATE RUN AGENCY, but rather a unit put in place by means of a contract!!!)**

17) **45 CFR 302.34 – Single Separate Unit *"CONTRACT"* With The County:** ...The State plan shall provide that the State will *enter into agreements, (CONTRACT)* **under subsection 303.107** with appropriate **courts; law enforcement officials,** such as district attorneys, attorneys generals, and similar **public attorneys and prosecutors; corrections officials; PROVING THE OFFICIALS ABOVE ARE NOT JUDICIAL IN MANNER BUT RATHER CONTRACTED CLERKS OF THE AGENCY!!!**
**(therefor I, Ralph Glenn Favors III, declare AUTOMATIC VOID OF THIS SUPPORT "ORDER" IMMEDIATELY)**

1.  U.S. Code › Title 31 › Subtitle V › Chapter 63 › § 6305

# 31 U.S. Code § 6305 - Using cooperative agreements

- US Code
- Notes
- Authorities (CFR)

An <u>executive agency</u> shall use a *"cooperative agreements"* **(which is a contract & there by voiding governmental immunity & creating pecuniary interest of any magistrate, hearing officer, or enforcement officer involved in the case)** as the legal instrument reflecting a relationship between the United States Government and a State, a local government, or other recipient when—

(1)
the principal purpose of the relationship is to transfer a thing of value to the State, local government, or other recipient to carry out a public purpose of support or stimulation authorized by a law of the United States instead of acquiring (by purchase, lease, or barter) property or services for the direct benefit or use of the United States Government; and

(2)
substantial involvement is expected between the executive agency and the State, local government, or other recipient when carrying out the activity contemplated in the agreement.

ALSO BASED ON THE PECUNIARY INTEREST LISTED IN THE "FEDERAL FINANCIAL PARTICIPATION"

CASE LAW DISQUALIFING ANY MAGISTRATE, LAW OFFICER OFFICIAL, AND COURT HEARING A CHILD SUPPORT MATTER

K.C. DAVIS, ADMIN.LAW, Ch1(CTP. WEST'S 1965 ED.)
30 CAL 596;167 CAL 762.